IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HONOLULU ACADEMY OF ARTS dba HONOLULU ART MUSEUM, a Hawaii non-profit corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>JOEL ALEXANDER GREEN; JOHN DOES 1-10; JANE DOES 1-10, DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; AND DOES GOVERNMENTAL AGENCIES 1-10,<br><br>        Defendants.<br>_____ | CIVIL NO. 15-00355 DKW-KSC<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on October 20, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff Honolulu Academy of

Arts dba Honolulu Museum of Arts's Objections to Defendant's Bill of Costs" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: November 18, 2016 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Honolulu Academy of Arts v. Joel Alexander Green*; Civil No. 15-00355 DKW KSC; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**