IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HONOLULU ACADEMY OF ARTS dba HONOLULU ART MUSEUM, a Hawaii non-profit corporation,<br><br>          Plaintiff,<br><br>  vs.<br><br>JOEL ALEXANDER GREENE; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; AND DOES GOVERNMENTAL AGENCIES 1-10,<br><br>          Defendants. | CIVIL NO. 15-00355 DKW-KSC<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 28, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Defendant/Counterclaimant

Joel Alexander Greene's Motion for Attorneys' Fees, Related Non-Taxable Costs, and Prejudgment Interest" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: March 21, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

___

*Honolulu Academy of Arts dba Honolulu Art Museum vs. Joel Alexander Green, et al.*; Civil No. 15-00355 DKW-KSC; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**